**UNPUMLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6779**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

CLARENCE SHELDON JUPITER, a/k/a Star,

                    Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.   Western District of Virginia, Samuel G. Wilson, District Judge.   (5:93-cr-00004-SGW-1)

Submitted:  August 22, 2012            Decided:  August 27, 2012

Before WILKINSON, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clarence Sheldon Jupiter, Appellant Pro Se.   Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Sheldon Jupiter appeals the district court's order denying his motion for sentence reduction pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no abuse of discretion. See United States v. Munn, 595 F.3d 183, 186 (4th Cir. 2010) (providing standard). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED